UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-62103-CIV-SINGHAL

SVETLANA IGNATOVA,

    Petitioner,

v.

UR M. JADDOU, et al.,

    Respondents.
_____/

## ORDER GRANTING MOTION TO REMAND

**THIS CAUSE** came before the Court upon Respondents' Motion to Dismiss ("Motion") (DE [11]) and the Report and Recommendation (DE [15]) of the Magistrate Judge recommending that the Motion be granted. The Court has reviewed the entire file and record and has made a *de novo* review of the issues. No objections to the magistrate judge's Report and Recommendation having been filed, it is hereby

**ORDERED AND ADJUDGED** that Magistrate Judge's Report and Recommendation (DE [15]) is **AFFIRMED** and **ADOPTED**. Respondents' Motion to Dismiss (DE [11]) is **GRANTED**. Petitioner Svetlana Ignatova's claims pursuant to the Administrative Procedures Act are **DISMISSED WITHOUT PREJUDICE** and her claims pursuant to the Mandamus Act and the Due Process and Equal Protection Clauses of the Constitution are **DISMISSED WITH PREJUDICE**. Petitioner has fourteen (14) days to file an amended complaint asserting only those allegations relevant to her APA claim.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this 29th day of August 2023.

Copies furnished counsel via CM/ECF

RAAG SINGHAL
UNITED STATES DISTRICT JUDGE